McGREGOR W. SCOTT
United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALO RUIZ GARCIA,<br><br>Defendant. | CASE NO. 2:20-CR-00181-JAM-3<br><br>ORDER DISMISSING INDICTMENT AS TO DEFENDANT GONZALO RUIZ GARCIA<br><br>DATE: February 23, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. John A. Mendez |

**ORDER**

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that the Indictment is dismissed as to the above-captioned defendant. As to the above-captioned defendant, the Status Hearing scheduled for February 23, 2021, is VACATED.

DATED: January 27, 2021         /s/ John A. Mendez
                                THE HONORABLE JOHN A. MENDEZ
                                UNITED STATES DISTRICT COURT JUDGE